CELIA KAUPFERSTEIN, Appellant. *v.* BROOKLYN EDISON COMPANY, INC., Respondent, and CITY OF NEW YORK, Appellant and Respondent.

Submitted January 14, 1944; decided March 2, 1944.

*Benjamin H. Siff* and *Isidore L. Nitzberg* for plaintiff, appellant.

*Ignatius M. Wilkinson, Corporation Counsel* (*Murray Sendler* and *James Hall Prothero* of counsel), for City of New York, appellant and respondent.

*Arthur A. Kaye* and *John D. Monroe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ. Taking no part: THACHER, J.